**STATE of Missouri, Respondent,**

v.

**Timothy Wayne MURPH, Appellant.**

### No. WD 46987.

Missouri Court of Appeals,
Western District.

July 6, 1993.

Gary E. Brotherton, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David B. Cosgrove, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and TURNAGE and KENNEDY, JJ.

### ORDER

PER CURIAM.

Appeal from a conviction of receiving stolen property, in violation of section 570.-080, RSMo 1986.

Affirmed. Rule 30.25(b).

**Kenneth D. MENTEER, Respondent,**

v.

**Katherine S. MENTEER, Appellant.**

### No. WD 46236.

Missouri Court of Appeals,
Western District.

July 6, 1993.

Craig K. Sweeney, Kansas City, for appellant.

George A. Pickett, Plattsburg, for respondent.

Before SMART, P.J., and SHANGLER and FENNER, JJ.

### ORDER

PER CURIAM.

Katherine Menteer appeals the order of the court modifying the decree of dissolution regarding child custody in favor of the husband, Kenneth Menteer.

Judgment affirmed. Rule 84.16(b).